FILING FEE PAID

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 1 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JACK R. FINNEGAN
12575 Catalina Drive
Santa Ana, CA 92705
714-544-3247
Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JACK R. FINNEGAN

    Plaintiff

    v.

BANK OF NEW YORK, MELLON
A CALIFORNIA CORPORATION,
and Does 1 through 10 inclusive
    Defendants

)
)
)
)
)
)
)
)
).
)
/
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
).
)
)
)
)
)
)

CASE No: 8:25-cv-01580-DOC-(DFMx)
Dept:
Central District, Southern Division

**COMPLAINT FOR DAMAGES FOR**
1. 28 USC §3014. Exempt Property
2. U. S. Constitution Art. 1, §8[4]
3. U. S. Constitution Art. 1, §8[18]
4. U. S. Constitution Art. 1II, §1
5. U. S. Constitution Art. 1II, §1, 2[1]
6. U. S. Constitution Art. IV, §2[1]
7. U. S. Constitution Art. V1, [2]
8. U. S. Constitution 4th Amendment
9. U. S. Constitution 5th Amendment
10. U. S. Constitution 5th Amendment
11. U. S. Constitution 6th Amendment
12. U. S. Constitution 9th Amendment
13. 28 USC §3102(a)(1)
14. 28 USC §3102(g)(2)(3)(4),
15. 28 USC §3203(a)
16. 28 USC §1367(a)(c)(1-4)
17. 28 USC §157(b)(1)(B)(C)(c)(1)(d)
18. 28 USC §1334(a)(b)(c)(1)(2)(d)(e)
19. 11 USC §101(5)(A)
20. 11 USC §101(10)(A)
21. 11 USC §101(51)(D)
22. 11 USC §102(1)(A)(B)(1)
23. 11 USC §541(b)(1)

Complaint for Damages -1-

|  | |
|---|---|
| ) | 24. 11 USC §558(a) |
| ) | 25. 11 USC §1107(a) |
| ) | 26. 11 USC §1111(a) |
| ) | 27. 11 USC§1112(a)(b)(1)(2)(f) |
| ) | 28. 11 USC §1115(a)(b) |
| ) | 29. 11 USC §362(a)(1-6)(c)(1)(2)(d) |
| ) | 30. 11 USC §522(b)(1) |
| ) | 31. 18 USC §152 |
| ) | 32. 18 USC §153 |
| ) | 33. 18 USC §157 |
| ) | 34. BKR 1001 |
| ) | 35. BKR 3003(c)(2)(3) |
| ) | 36. BKR 3006 |
| ) | 37. BKR 5011(a) |
| ) | 38. BKR 6009 |
| ) | 39. BKR 7001(1)(2)(4)(9)(10) |
| ) | 40. BKR 9009 |
| ) | 41. BKR 9014(a)(c) |
| ) | 42. BKR 11 9033(d) |
| ) | 43. 11 USC Form #410 |
| ) | 44. Local Rule 1017-1(a)(3) |
| ) | |

**JURISDICTION, 28 USC §1334, 28 USC §1343,**
**DEMAND FOR JURY TRIAL PURSUANT TO UNITED STATES**
**CONSTITUTION AMENDANT VII, [1791], and FRCivP Rule 38(b).**

**DEMAND FOR JURY TRIAL PURSUANT TO CALIFORNIA**
**CONSTITUTION Article 1, Section 16.**

### General Allegation

**1.**     Plaintiff has relied on the vested rights of the United States and California Constitutions, Federal Statutes and Codes, California Statutes and Codes, decisional law and the fraudulent misuse of laws.

**2.**     Plaintiff an Architect, purchased the property at 871 Avenida Acapulco, Lot 14, Tract 8187, San Clement, Orange County California, on **May 12, 1987**, the plans were

Complaint for Damages -2-

designed by plaintiff, built by plaintiff, a General Contractor, a permit was taken with the San Clemente Building Department permit #87-969, on **July 10, 1987**, Finnegan has owned the property for 39 years.

**3.**     Plaintiff is informed and believes and based thereon allege, that defendants violated Plaintiff's Federal and California Constitutional Rights and denied Statutes, Rules, other Codes and laws as stated in the complaint, pursuant to Bankruptcy Case #8:18-bk-10762-TA.

**4.**     **California Constitution** is a valid document and applicable in all Federal Courts by virtue of the United States Constitution, 10th Amendment, (1791) "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

**5.**     11 USC §301, specifies the manner in which a voluntary bankruptcy case is commenced, and triggers the Automatic Stay of 11 USC §362.

### FIRST CAUSE OF ACTION 28 USC §3014, EXEMPT PROPERTY

**6.**     **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 5 inclusive of the Complaint as though set forth in full.

**7.**     Federal Law 28 USC §3014(a)(2)(B)(a)(3) specifically states, that the Real and Personal property located at 871 Avenida Acapulco, San Clemente, California is Exempt. Federal law 11 USC §541(b)(1) specifically states, **"A Trust is not Property of the Estate".** Federal law 11 USC §1115(a)(b), defines property of the Estate. See also CCP 764.020. A copy of the Notarized Trust that was also recorded with the County of Orange, County Recorder is included, pursuant to California Evidence Code §§1413, 1414(b), 1451, 1452(f), and ARTICLE IV (A)(B)(C)(D) of the Revocable Living Trust as Exhibit "A". See also Probate Code §82. The filing

Complaint for Damages -3-

of the Jack R. Finnegan Living Trust complies with Federal Evidence Code Rule 901(a)(b)(7), and California Evidence Code §§1413, 1414, 1451, 1452(f), 1530, 1532, 1600, and the California Probate Code.

**8.** The property pursuant to 28 USC §3014 was exempt, the estate had no nonexempt property, to Plaintiff's detriment.

## SECOND CAUSE OF ACTION U. S. CONSTITUTION ART. 1, §8[4]

**9.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 8 inclusive of the Complaint as though set forth in full.

**10.** Beginning on **May 15, 2018**, the Defendants ignored the provisions of the United States Constitution Art. 1 §8[4], **Bankruptcy** to Plaintiff's detriment.

## THIRD CAUSE OF ACTION U. S. CONSTITUTION ART. 1, §8[18]

**11.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 10 inclusive of the Complaint as though set forth in full.

**12.** Beginning on **May 15, 2018**, the Defendants ignored the provisions of the United States Constitution Art. 1 §8[18], **Laws** to Plaintiff's detriment.

## FOURTH CAUSE OF ACTION U. S. CONSTITUTION ART. 1II §1,

**13.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 12 inclusive of the Complaint as though set forth in full.

**14.** Beginning on **May 15, 2018**, the Defendants ignored the provisions of United States Constitution Article III Sections 1 , **Power**, to Plaintiff's detriment.

Complaint for Damages -4-

## FIFTH CAUSE OF ACTION U. S. CONSTITUTION ART. 1II §1, 2[1]

**15.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 14 inclusive of the Complaint as though set forth in full.

**16.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of United States Constitution Article III Sections 1, 2[1], , **Standing**, to Plaintiff's detriment.

## SIXTH CAUSE OF ACTION U. S. CONSTITUTION ART. IV 2[1]

**17.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 16 inclusive of the Complaint as though set forth in full.

**18.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of United States Constitution Article 1V, 2[1], **Privileges**, to Plaintiff's detriment.

## SEVENTH CAUSE OF ACTION U. S. CONSTITUTION ART. VI [2]

**19.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 18 inclusive of the Complaint as though set forth in full.

**20.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of United States Constitution Article VI, [2], **Supremacy Clause**, to Plaintiff's detriment.

## EIGHTH CAUSE OF ACTION U. S. CONSTITUTION 4th Amendment

**21.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 20 inclusive of the Complaint as though set forth in full.

**22.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of United States Constitution 4th Amendment **Probable Cause**, to Plaintiff's detriment.

## NINTH CAUSE OF ACTION U. S. CONSTITUTION 5th Amendment

**23.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 22 inclusive of the Complaint as though set forth in full.

**24.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of United
States Constitution 5th Amendment **Taking**, to Plaintiff's detriment.

## TENTH CAUSE OF ACTION U. S. CONSTITUTION 5th Amendment

**25.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 24 inclusive of the Complaint as though set forth in full.

**26.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of United
States Constitution 4th Amendment **Due Process**, to Plaintiff's detriment.

## ELEVENTH CAUSE OF ACTION U. S. CONSTITUTION 6th Amendment

**27.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 26 inclusive of the Complaint as though set forth in full.

**28.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of United
States Constitution 6th Amendment **Confronted**, to Plaintiff's detriment.

## TWELFTH CAUSE OF ACTION U. S. CONSTITUTION 9th Amendment

**29.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 28 inclusive of the Complaint as though set forth in full.

**30.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of United
States Constitution 9th Amendment **Rights**, to Plaintiff's detriment.

## THIRTEENTH CAUSE OF ACTION 28 USC §3102(a)(1)

**31.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1

through 30 inclusive of the Complaint as though set forth in full.

**32.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28 USC §3102(a)(1), **Attachment**, to Plaintiff's detriment.

## FOURTEENTH CAUSE OF ACTION 28 USC §3102(g)(2)(3)(4)

**33.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 32 inclusive of the Complaint as though set forth in full.

**34.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28 USC §3102(g)(2)(3)(4), **Dissolve Attachment**, to Plaintiff's detriment.

## FIFTEENTH CAUSE OF ACTION 28 USC §3203(a)

**35.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 34 inclusive of the Complaint as though set forth in full.

**36.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28 USC §3203(a), **Execution**, to Plaintiff's detriment.

## SIXTEENTH CAUSE OF ACTION 28 USC §1367(a)(c)(1-4)

**37.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 36 inclusive of the Complaint as though set forth in full.

**38.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28 USC §1367(a)(c)(1-4), **Supplemental Jurisdiction**, to Plaintiff's detriment.

## SEVENTEENTH CAUSE OF ACTION 28 USC §157(b)(1)(B)(C)(c)(1)(d)

Complaint for Damages -7-

**39.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 38 inclusive of the Complaint as though set forth in full.

**40.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §157(b(!)(B)(C)(c)(1)(d)), **Procedures**, to Plaintiff's detriment.

### EIGHTEENTH CAUSE OF ACTION 28 USC §1334(a)(b)(c)(1)(2)(d)(e)

**41.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 40 inclusive of the Complaint as though set forth in full.

**42.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §1334(a)(b)(c)(1)(2)(d)(e), **Bankruptcy Cases**, to Plaintiff's detriment.

### NINETEENTH CAUSE OF ACTION 28 USC §101(5)(A)

**43.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 42 inclusive of the Complaint as though set forth in full.

**44.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §101(5)(A), **Claim**, to Plaintiff's detriment.

### TWENTIETH CAUSE OF ACTION 28 USC §101(10)(A)

**45.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 44 inclusive of the Complaint as though set forth in full.

**46.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §101(10)(A), **Creditor**, to Plaintiff's detriment.

Complaint for Damages -8-

## TWENTY-FIRST CAUSE OF ACTION 28 USC §101(51)(D)

**47.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 46 inclusive of the Complaint as though set forth in full.

**48.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §101(51)(D), **Small Business Debtor**, to Plaintiff's detriment.

## TWENTY-SECOND CAUSE OF ACTION 28 USC §102(1)(A)(B)(1)

**49.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 48 inclusive of the Complaint as though set forth in full.

**50.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §102(1)(A)(B)(1), **Rules of Construction**, to Plaintiff's detriment.

## TWENTY-THIRD CAUSE OF ACTION 28 USC §541(b)(1)

**51.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 50 inclusive of the Complaint as though set forth in full.

**52.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §541(b)(1), **Property of the Estate**, to Plaintiff's detriment.

## TWENTY-FOURTH CAUSE OF ACTION 28 USC §558(a)

**53.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 52 inclusive of the Complaint as though set forth in full.

**54.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §558(a), **Defense of the Estate**, to Plaintiff's detriment.

### TWENTY-FIFTH CAUSE OF ACTION 28 USC §1107(a)

**55.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 54 inclusive of the Complaint as though set forth in full.

**56.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28 USC §1107(a), **Rights, Powers**, to Plaintiff's detriment.

### TWENTY-SIXTH CAUSE OF ACTION 28 USC §1111(a)

**57.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 56 inclusive of the Complaint as though set forth in full.

**58.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28 USC §1111(a), **Claims**, to Plaintiff's detriment.

### TWENTY-SEVENTH CAUSE OF ACTION 28 USC §1112(a)(b)(1)(2)(f)

**59.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 58 inclusive of the Complaint as though set forth in full.

**60.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28 USC §1112(a)(b)(1)(2)(f), **Conversion**, to Plaintiff's detriment.

### TWENTY-EIGHTH CAUSE OF ACTION 28 USC §1115(a)(b)

**61.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 60 inclusive of the Complaint as though set forth in full.

**62.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28 USC §1115(a)(b), **Property of the Estate**, to Plaintiff's detriment.

### TWENTY-NINETH CAUSE OF ACTION 28 USC §362(a)(1-6)(c)(1)(2)(d)

**63.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1

through 62 inclusive of the Complaint as though set forth in full.

**64.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §362(a)(1-6)(c)(1)(2)(d), **Stay**, to Plaintiff's detriment.

### THIRTIETH CAUSE OF ACTION 28 USC §522(b)(1)

**65.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 64 inclusive of the Complaint as though set forth in full.

**66.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 28
USC §522(b)(1), **Exemptions**, to Plaintiff's detriment.

### THIRTY-FIRST CAUSE OF ACTION 18 USC §152

**67.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 66 inclusive of the Complaint as though set forth in full.

**68.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 18
USC §152, **False Claims**, to Plaintiff's detriment.

### THIRTY-SECOND CAUSE OF ACTION 18 USC §153

**69.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 68 inclusive of the Complaint as though set forth in full.

**70.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 18
USC §153, **Embezzlement**, to Plaintiff's detriment.

## THIRTY-THIRD CAUSE OF ACTION 18 USC §157

**71.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 70 inclusive of the Complaint as though set forth in full.

**72.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 18 USC §157, **Fraud**, to Plaintiff's detriment.

## THIRTY-FOURTH CAUSE OF ACTION BKR 1001

**73.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 72 inclusive of the Complaint as though set forth in full.

**74.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of BKR 1001, **Scope of Rules**, to Plaintiff's detriment.

## THIRTY- FIFTH CAUSE OF ACTION BKR 3003

**75.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 74 inclusive of the Complaint as though set forth in full.

**76.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of BKR 3003, **Proof of Claim**, to Plaintiff's detriment.

## THIRTY-SIXTH CAUSE OF ACTION 11 USC BKR 3006,

**77.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 76 inclusive of the Complaint as though set forth in full.

**78.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of BKR 3006, **Withdrawal of Claim**, to Plaintiff's detriment.

Complaint for Damages -12-

## THIRTY-SEVENTH CAUSE OF ACTION 11 USC BKR 5011(a)

**79.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 78 inclusive of the Complaint as though set forth in full.

**80.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of BKR 5011(a), **Withdrawal**, to Plaintiff's detriment.

## THIRTY-EIGHTH CAUSE OF ACTION 11 USC BKR 6009

**81.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 80 inclusive of the Complaint as though set forth in full.

**82.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of BKR 6009, **Prosecution and Defense**, to Plaintiff's detriment.

## THIRTY-NINETH CAUSE OF ACTION 11 USC BKR 7001(1)(2)(4)(9)(10)

**83.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 82 inclusive of the Complaint as though set forth in full.

**84.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of BKR 7001(1)(2)(4)(9)(10), **Scope of Rules**, to Plaintiff's detriment.

## FOURIETH CAUSE OF ACTION 11 USC BKR 9009

**85.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 84 inclusive of the Complaint as though set forth in full.

**86.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of BKR 9009, **FORMS**, to Plaintiff's detriment.

## FOURTY-FIRST CAUSE OF ACTION 11 USC BKR 9014

**87.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 86 inclusive of the Complaint as though set forth in full.

**88.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of BKR
9014, **Contested Matters**, to Plaintiff's detriment.

## FOURTY-SECOND CAUSE OF ACTION 11 USC BKR 9033(d)

**89.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 88 inclusive of the Complaint as though set forth in full.

**90.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of BKR
9033, **Finding Facts**, to Plaintiff's detriment.

## FOURTY-THIRD CAUSE OF ACTION 11 USC FORM #410

**91.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 90 inclusive of the Complaint as though set forth in full.

**92.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of 11
USC Form #410, **Claim**, to Plaintiff's detriment.

## FOURTY-FOURTH CAUSE OF ACTION LOCAL RULE 1017-1(a)(3)

**93.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1
through 92 inclusive of the Complaint as though set forth in full.

**94.**    Beginning on **May 15, 2018**, the Defendants ignored the provisions of Local
Rule 1017-1(a)(3), **Conversion**, to Plaintiff's detriment.

Complaint for Damages -14-

## PRAYER

**42 USC Chapter 21, Subchapter 1, §§1963, 1983, 1985**, states as follows: "**Every person** who, under **color of any statute**, ordinance, regulation, custom, or usage, of any State or territory or the District of Columbia, subjects, or causes to be subjected, **any citizen of the United States** … to the **deprivation** of any **rights, privileges, or immunities, secured by the <u>Constitution and laws</u>, shall be liable to the party injured in an action at law for treble damages.**" **Personal Property valued at $1,865,138.00, Real Estate valued at $8,839,288.00 or a total of $10,704,426.00, For treble damages, of <u>$32,113,278.00</u>.**

## Demand for judgment for relief

<u>First Cause Of Action 28 USC §3014, Exempt Property, $32,113,278.00.</u>

<u>Second Cause Of Action U. S. Constitution Art. 1, §8[4], $32,113,278.00.</u>

<u>Third Cause Of Action U. S. Constitution Art. 1, §8[18], $32,113,278.00.</u>

<u>Fourth Cause Of Action U. S. Constitution Art. 1II §1, $32,113,278.00.</u>

<u>Fifth Cause Of Action U. S. Constitution Art. 1II §1, 2[1] $32,113,278.00.</u>

<u>Sixth Cause Of Action U. S. Constitution Art. IV 2[1] $32,113,278.00.</u>

<u>Seventh Cause Of Action U. S. Constitution Art. VI [2] $32,113,278.00.</u>

<u>Eighth Cause Of Action U. S. Constitution 4th Amendment $32,113,278.00.</u>

<u>Ninth Cause Of Action U. S. Constitution 5th Amendment $32,113,278.00.</u>

<u>Tenth Cause Of Action U. S. Constitution 5th Amendment $32,113,278.00.</u>

<u>Eleventh Cause Of Action U. S. Constitution 6th Amendment $32,113,278.00.</u>

<u>Twelfth Cause Of Action U. S. Constitution 9th Amendment $32,113,278.00.</u>

<u>Thirteen Cause Of Action, 28 USC §3102(a)(1)(a), $32,113,278.00.</u>

<u>Fourteenth Cause Of Action, 28 USC §3102(g)(2)(3)(4), $32,113,278.00.</u>

Complaint for Damages -15-

Fifteenth Cause Of Action, 28 USC §3203(a), $32,113,278.00.

Sixteenth Cause Of Action, 28 USC §1367(a)(c)(1-4), $32,113,278.00.

Seventeenth Cause Of Action, 28 USC §157(b)(1)(B)(C)(c)(1)(d), $32,113,278.00.

Eighteenth Cause Of Action, 28 USC §1334(a)(b)(c)(1)(2)(d)(e), $32,113,278.00.

Nineteenth Cause Of Action, 11 USC §101(5)(A), $32,113,278.00.

Twentieth Cause Of Action, 11 USC §101(10)(A), $32,113,278.00.

Twenty-First Cause Of Action, 11 USC §101(51)(D), $32,113,278.00.

Twenty-Second Cause Of Action, 11 USC §102(1)(A)(B)(1), $32,113,278.00.

Twenty-Third Cause Of Action, 11 USC §541(b)(1), $32,113,278.00.

Twenty-Fourth Cause Of Action, 11 USC §558(a), $32,113,278.00.

Twenty-Fifth Cause Of Action, 11 USC §1107(a), $32,113,278.00.

Twenty-Sixth Cause Of Action, 11 USC §1111(a), $32,113,278.00.

Twenty-Seventh Cause Of Action, 11 USC §1112(a)(b)(1)(2)(f), $32,113,278.00.

Twenty-Eighth Cause Of Action, 11 USC §1115(a)(b), $32,113,278.00.

Twenty-Ninth Cause Of Action, 11 USC §362(a)(1-6)(c)(1)(2)(d), $32,113,278.00.

Thirtieth Cause Of Action, 11 USC §522(b)(1), $32,113,278.00.

Thirty-First Cause Of Action, 18 USC §152, $32,113,278.00.

Thirty-Second Cause Of Action, 18 USC §153, $32,113,278.00.

Thirty-Third Cause Of Action, 18 USC §157, $32,113,278.00.

Thirty-Fourth Cause Of Action BKR 1001 $32,113,278.00.

Thirty-Fifth Cause Of Action BKR 3003(c)(2)(3) $32,113,278.00.

Thirty-Sixth Cause Of Action BKR 3006 $32,113,278.00.

Thirty-Seventh Cause Of Action BKR 5011(a) $32,113,278.00.

Thirty-Eighth Cause Of Action BKR 6009 $32,113,278.00.

Thirty-Ninth Cause Of Action BKR 7001(1)(2)(4)(9)(10) $32,113,278.00.

Fortieth Cause Of Action BKR 9009 $32,113,278.00.

**Forty-First Cause Of Action BKR 9014(a)(c) $32,113,278.00.**

**Forty-Second Cause Of Action BKR 9033(d) $32,113,278.00.**

**Forty-Third Cause Of Action 11 USC Form #410 $32,113,278.00.**

**Forty-Fourth Cause Of Action Local Rule 1017-1(a)(3)$32,113,278.00.**

**Issues to be Decided by Jury Determination**

**Violations of Crimes Against the Elderly, Interference with Business, Malice, Grand Theft, Seizure of Property, Fraud and Deceit, Conspiracy, Invasion of Privacy, Falsity, (Scienter), Personal Property, Abuse of Process, Conversion, Slander of Title, Malicious Prosecution, Probable Cause, Artistic Infringement, Trespass, Forcible Entry Equity, Injunction, Libel.**

**Interest**

**Pursuant to California Civil Code §§3287, 3288, 3294, California Code of Civil Procedures §1268.310(a)(b)(c). Interest on Interest, Pursuant to California Civil Code §3291, California Code of Civil Procedures §1268.360.**

**DEMAND FOR JURY TRIAL,** Local Rule 38.1

Date: July 21, 2025

Jack R. Finnegan

Complaint for Damages -17-

## **Verification**

I Jack R. Finnegan, declare as follows, I am the Plaintiff for the Complaint herein. I have prepared and read the forgoing Pleading and know of its contents. The facts alleged in the Pleading are within my own knowledge, and I know these facts to be true because of my familiarity with the relevant facts pertaining to the trial proceedings and Title 11. I declare under penalty of perjury that the foregoing is true and correct.

Date: July 21, 2025

Jack R. Finnegan

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                )
County of _Orange_                                )

On _25th April_ _??, 7_ before me, _MARYANNE SCARPONI, NOTARY PUBLIC_
　　　Date　　　　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _Jack R Finnegan_
　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: MARYANNE SCARPONI, COMM. # 2108125, NOTARY PUBLIC - CALIFORNIA, ORANGE COUNTY, COMM. EXPIRES MAY 19, 2019]

Signature _Maryanne Scarponi_
　　　　　　Signature of Notary Public

Place Notary Seal Above

———————————————— OPTIONAL ————————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Grant Deed_
Document Date: _4-25-17_ _____ Number of Pages: _1_
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

## ARTICLE IV Amendment and Revocation

A.  It is understood that the grantor reserves the right to amend or revoke this trust at any time during the grantor's life time without notifying any beneficiary.  An amendment must be made in writing and signed by the grantor.  Revocation may be in writing or any manner allowed by law.  The Trustees may receive, as part of this Trust, additional real and personal property by assignment, transfer, deed or other conveyance, or by any other means, testamentary or inter vivos, for inclusion in the Trust herein created.

B.  Until the death of the grantor, all rights to all income, profits, and control of the Trust Property shall be retained by the grantor.  The power to revoke or amend this trust is personal to the grantor.  A conservator, guardian, or other person shall not exercise it on behalf of the grantor, unless the grantor specifically grants a power to revoke or amend this trust in a Durable Power of Attorney.

C.  If the grantor's principal residence is held in this trust, grantor has the right to possess and occupy it for life, rent free and without charge, except for taxes, insurance, maintenance and related costs and expenses.  This right is intended to give grantor a beneficial interest in the property and to ensure that the grantor does not lose eligibility for a state homestead tax exemption for which grantor otherwise qualifies.

D.  If the grantor becomes physically or mentally incapacitated and is no longer able to manage this trust, the person or persons named as successor trustee shall serve as trustee.  The determination of the grantor's capacity to manage this trust shall be made by those of the persons listed below who are reasonably available when the successor trustee (or any of them, if two or

-2-